IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-201-FL

| | |
|---|---|
| RACHEL JENNINGS, *Plaintiff*, v. MICHAEL PATRICK PRESLAR, *Defendant*. | ORDER |

Upon consideration of the motion by the State of North Carolina to intervene and submit briefing on the pending motions relating to the constitutionality of N.C. Session Law 2019-245, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the State's intervention motion is deemed timely under Rule 5.1(c). The State is permitted to intervene in the case and may submit a brief addressing the constitutional challenge to Session Law 2019-245, and the pending motions [D.E. 8, 12] relating to that challenge, by **November 12, 2020**. Any response shall be filed **14 days** thereafter.

This the 28th day of October, 2020.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE