UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-cv-201-FL

| | |
|---|---|
| RACHEL JENNINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| MICHAEL PATRICK PRESLAR, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on a Motion to Withdraw as Attorney of Record by Defendant's counsel, Joseph E. Houchin, in the above-referenced matter. For good cause shown, this Motion is **GRANTED**.

**SO ORDERED**, this  20th  day of  July , 2021.

_____
LOUISE WOOD FLANAGAN
United States District Judge